UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RECEIVED 2010 JUL 27 P 12:01
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA

DONALD R. POWELL,

               Plaintiff(s),

v.

BANKERS LIFE AND CASUALTY COMPANY,

               Defendant(s).

CASE NO. 3:CV-10-02260-WHA

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

STEVEN K. HUFFER, whose business address and telephone number is

S.K. HUFFER & ASSOCIATES, P.C.

12220 N. MERIDIAN ST., SUITE 150, CARMEL, IN 46032

PHONE: (317) 564-4807

and who is an active member in good standing of the bars of the following United States Courts and the highest courts of another State or the District of Columbia:

    1.    Supreme Court of the State of Indiana;

    2.    U.S. District Court for the Northern District of Indiana;

    3.    U.S. District Court for the Southern District of Indiana;

    4.    Supreme Court of the State of Ohio;

    5.    U.S. District Court for the Northern District of Ohio;

    6.    U.S. District Court for the Southern District of Ohio;

    7.    Supreme Court of the State of Illinois;

    8.    U.S. District Court for the Western District of Michigan; and

    9.    U.S. District Court for the District of Colorado,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing BANKERS LIFE AND CASUALTY COMPANY.

American LegalNet, Inc.
www.FormsWorkflow.com

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:    August 2, 2010.



_____
United States District Judge
WILLIAM H.
Judge William Alsup

American LegalNet, Inc.
www.FormsWorkflow.com